IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

MARCUS C. HOLT,

    Defendant.

Case No. 3:08cr28

JUDGE WALTER H. RICE

---

DECISION AND ENTRY FINDING DEFENDANT IN VIOLATION OF SUPERVISED RELEASE, BUT DECLINING TO REVOKE SAME; ALLEGATION 11 DISMISSED; DEFENDANT CONTINUED ON SUPERVISED RELEASE WITH ONE ADDITIONAL CONDITION; RIGHT OF APPEAL EXPLAINED AND UNDERSTOOD; NEITHER COUNSEL HAD ANY PROCEDURAL OR SUBSTANTIVE OBJECTIONS TO THIS COURT'S DISPOSITION; TERMINATION ENTRY

---

On January 8, 2019, the Defendant, having previously been found in violation of his supervised release which began May 25, 2017, appeared in open Court for final disposition.

On the aforesaid January 8, 2019, the Defendant admitted to allegation number 11 in a Second Amended Complaint directing him to show cause why that status should not be revoked. The Court accepted the Defendant's admission and, once again, found Defendant in violation of his supervised release.

It having later come to this Court's attention that Defendant did, indeed, have a driver's license, the converse of which was the predicate for allegation number 11, said allegation was dismissed.

Pursuant to the record made on the aforesaid January 8, 2019, the Court, although finding Defendant in violation of his supervised release, declined to revoke same; rather, Defendant was continued on supervised release, upon the express condition that he be in contact with and mentor with Julius Ruby.

Following the above, the Defendant was orally explained his right of appeal, and he indicated an understanding of same. Neither counsel for the Government nor for Defendant had any procedural or substantive objections to this Court's disposition.

The captioned cause is ordered terminated upon the docket records of the United States District Court for the Southern District of Ohio, Western Division, at Dayton.

February 8, 2019

WALTER H. RICE
UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of record