UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

**UNITED STATES OF AMERICA,**

      **Plantiff,**

-vs-                                  Case No. 3:08CR028

**Marcus Holt,**

      **Defendant.**

---

**ORDER TRANSFERRING CASE**

---

The above captioned matter is hereby TRANSFERRED from the docket of The Honorable Walter H. Rice, to the docket of The Honorable Thomas M. Rose.

**DONE** and **ORDERED** in Dayton, Ohio, this __3rd__ day of __July__, 2019.

_____
WALTER H. RICE, JUDGE
UNITED STATES DISTRICT COURT

_____
THOMAS M. ROSE, JUDGE
UNITED STATES DISTRICT COURT